UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SSI TECHNOLOGY, INC.,
a Michigan Corporation,

       Plaintiff,                        Civil No. 13-14831

v.                                   Honorable Avern Cohn

LEE PRECISION MACHINE SHOP,
INC.,
an Alabama Corporation,

       Defendants.

_____/

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**

On September 30, 2014, SSI Technology, Inc., ("SSI") filed a voluntary petition for Chapter 11 bankruptcy in the United States Bankruptcy Court for the Eastern District of Michigan.  In accordance with 11 U.S.C § 362, all creditors of SSI are stayed from any act, the enforcement of any lien or judgment obtained against SSI or property of its estate in the above-captioned matter from and after the filing date of the bankruptcy petition.

Accordingly, it is **ORDERED** that proceedings in this case are **STAYED**.

It is further **ORDERED** that this case is **CLOSED** for administrative and statistical purposes without prejudice.  The closing does not constitute a decision on the merits.

It is further **ORDERED** that if the bankruptcy stay is removed, or a party obtains relief from the stay, then the case may be reopened upon the motion of any party.

**SO ORDERED.**

13-14831 SSI Technology v. Lee Precision

s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  October 15, 2014

I hereby certify that a copy of the foregoing document was mailed to the attorneys of
record on this date, October 15, 2014, by electronic and/or ordinary mail.

s/Sakne Chami
Case Manager, (313) 234-5160